NO. SCWC-30479

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LILLIAN M. JONES, M.D.,
Petitioner/Plaintiff/Counterclaim Defendant-Appellant,

vs.

HAWAII RESIDENCY PROGRAMS, INC.,
Respondent/Defendant/Counterclaimant-Appellee,

and

UNIVERSITY OF HAWAII; NALEEN ANDRADE, M.D.,;
COURTENAY MATSU, M.D.; D. CHRISTIAN DERAUF, M.D.;
TERRY LEE, M.D.; and IQBAL AHMED, M.D.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30479; CIV. NO. 08-1-0071)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J.,
Circuit Judge Lee in place of Recktenwald, C.J., recused,
Circuit Judge Crandall in place of Acoba, J., recused,
Circuit Judge Del Rosario in place of Duffy, J., recused,
and Circuit Judge Kim in place of McKenna, J., recused)

Petitioner/Plaintiff/Counterclaim Defendant-Appellant

Lillian M. Jones, M.D.'s application for writ of certiorari

filed on March 5, 2012, is hereby rejected.

           DATED:  Honolulu, Hawaiʻi, April 17, 2012.

| | |
|---|---|
| Lillian M. Jones, M.D. petitioner, pro se, on the application and reply | /s/ Paula A. Nakayama |
| | /s/ Randal K.O. Lee |
| Corlis J. Chang & Kimberly J. Koide of Goodsill Anderson Quinn & Stifel for respondents Hawaii Residency Programs, Inc., Naleen Andrade, M.D. Courtenay Matsu, M.D. and D. Christian Derauf, M.D., on the response | /s/ Virginia L. Crandall |
| | /s/ Dexter D. Del Rosario |
| | /s/ Glenn J. Kim |

